IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEITH DESMOND TAYLOR,<br><br>Petitioner.<br>_____ | No. C 09-2811 MMC (PR)<br><br>**ORDER OF DISMISSAL** |

    On June 24, 2009, the above-titled action was opened when petitioner, a California prisoner proceeding pro se, filed a letter complaining about the testimony of a fingerprint expert at petitioner's state criminal proceedings.  That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to submit a petition.  In said notice, petitioner was advised that his failure to submit a petition within thirty days would result in dismissal of the action.  Along with said notice, petitioner was sent a copy of the court's habeas corpus form, instructions for completing it, and a return envelope.

    Also on June 24, 2009, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application.  In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.  Along with said notice, petitioner was sent a copy of the court's IFP application, instructions for completing it, and a return envelope.

    Petitioner has not responded to either of the Court's deficiency notices.  Accordingly, as more than thirty days have passed since the issuance of each deficiency notice, and

1  petitioner has not submitted a petition, completed the IFP application or paid the filing fee, the
2  above-titled action is hereby DISMISSED without prejudice.
3        The Clerk shall close the file.
4        IT IS SO ORDERED.
5  DATED: July 28, 2009

6        _____
          MAXINE M. CHESNEY
          United States District Judge