IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE KEITH DESMOND TAYLOR,    No. CV-09-2811 MMC (PR)

    Plaintiff,

_____/    **JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: July 28, 2009    Richard W. Wieking, Clerk

    *Tracy Lucero*

By: Tracy Lucero
Deputy Clerk